IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| YVONNE LESTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>EVERQUOTE, INC., f/k/a AdHarmonics, Inc., A Delaware Corporation,<br><br>    Defendant. | Case No.: 1:16-cv-10651 |

STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff Yvonne Lester filed a Class Action Complaint ("Complaint") on April 1, 2016;

WHEREAS, the current deadline for Defendant to respond to the Complaint is May 2, 2016.

WHEREAS, Defendant recently retained counsel in this matter.  In order to allow the parties to informally exchange information pre-litigation, the parties have agreed that Defendant may have a thirty-day extension, until and including June 1, 2016, to respond to Plaintiff's Complaint;

WHEREAS, Defendant has not made any prior requests for an extension of time to respond in this action.

WHEREAS, this stipulation is made in good faith and not for purposes of delay;

1

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, that the time for Defendant to respond to Plaintiff's Complaint is extended until and including June 1, 2016.  The parties respectfully request the Court to enter an Order confirming this schedule.

DATED:  05/2/2016   BLANK ROME LLP

By: /s/ *Joshua Briones*

Attorneys for Defendant EVERQUOTE, INC., f/k/a AdHarmonics, Inc.

Joshua Briones*
JBriones@BlankRome.com
E. Crystal Lopez*
ECLopez@BlankRome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel: 424-239-3400
Fax: 424-239-3434

* *Pro hac vice* application to be filed.

DATED:  05/2/2016   MIRABELLA LAW LLC

By: /s/ Erica C. Mirabella

Erica C. Mirabella
Attorney for Plaintiff, YVONNE LESTER

Erica C. Mirabella
erica@mirabellaLLC.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

Rafey S. Balabanian*
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Stefan Coleman*
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946

\* *Pro hac vice* application to be filed.

### CERTIFICATE OF SERVICE

    I, Erica C. Mirabella, hereby certify that on May 4, 2016, I caused to be served the above and foregoing ***Stipulation for Extension to Respond to Plaintiff's Complaint*** by causing a true and accurate copy to be sent via electronic mail to the following:

Joshua Briones
JBriones@BlankRome.com
E. Crystal Lopez
ECLopez@BlankRome.com
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Tel: 424-239-3400
Fax: 424-239-3434

                                                   /s/ Erica C. Mirabella
                                                   Erica C. Mirabella

## **[PROPOSED] ORDER**

GOOD CAUSE SHOWING, the Stipulation to Extend Defendant's Time to Respond to Plaintiff's Complaint is GRANTED in its entirety. Defendant Everquote, Inc., f/k/a AdHarmonics, Inc. shall have up to and including June 1, 2016 to file a response to the Complaint.

**IT IS SO ORDERED.**

Dated: _____  _____

                                                                                       Hon. Mark L. Wolf
                                                                                       United States District Court Judge