# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| YVONNE LESTER, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>EVERQUOTE, INC., f/k/a AdHarmonics, Inc., A Delaware Corporation,<br><br>　　　　　Defendant. | Case No.: 1:16-cv-10651 |

## SECOND STIPULATION FOR EXTENSION
## TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties to the above entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff Yvonne Lester ("Plaintiff") filed a Class Action Complaint ("Complaint") on April 1, 2016;

WHEREAS, the deadline for Defendant EVERQUOTE, INC., f/k/a AdHarmonics, Inc. ("Defendant") to respond to the Complaint was May 2, 2016.

WHEREAS, Plaintiff and Defendant previously stipulated to a thirty (30) day extension on Defendant's time to respond, setting Defendant's deadline to file a responsive pleading on June 1, 2016;

WHEREAS, in order to allow the parties to informally exchange information pre-litigation, the parties have agreed that Defendant may have an additional thirty (30) day extension, until and including June 29, 2016, to respond to Plaintiff's Complaint;

WHEREAS, Defendant has made one prior request for an extension of time to respond in this action.

WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, that the time for Defendant to respond to Plaintiff's Complaint is extended until and including June 29, 2016.  The parties respectfully request the Court to enter an Order confirming this schedule.

Dated:  June 1, 2016

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

*/s/ Mathilda S. McGee-Tubb*
Mathilda S. McGee-Tubb (BBO#687434)

Attorneys for Defendant EVERQUOTE, INC., f/k/a AdHarmonics, Inc.

Mathilda S. McGee-Tubb (BBO#687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel:  617.542.6000
Fax:  617.542.2241
MSMcGee-Tubb@mintz.com

Joshua Briones*
E. Crystal Lopez*
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel:  310.586.3200
Fax:  310.586.3202
JBriones@mintz.com
ECLopez@mintz.com

* *Pro hac vice* application to be filed.

| | |
|---|---|
| Dated: June 1, 2016 | MIRABELLA LAW LLC |
| | */s/ Erica C. Mirabella*<br>Erica C. Mirabella<br>Attorney for Plaintiff, YVONNE LESTER |
| | Erica C. Mirabella<br>erica@mirabellaLLC.com<br>MIRABELLA LAW LLC<br>132 Boylston Street, 5th Floor<br>Boston, Massachusetts 02116<br>Tel: 617.580.8270<br>Fax: 617.583.1905<br>erica@mirabellaLLC.com |
| | Rafey S. Balabanian*<br>rbalabanian@edelson.com<br>EDELSON PC<br>329 Bryant Street<br>San Francisco, California 94107<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br>rbalabanian@edelson.com |
| | Stefan Coleman*<br>law@stefancoleman.com<br>LAW OFFICES OF STEFAN COLEMAN, LLC<br>201 S. Biscayne Blvd., 28th Floor<br>Miami, Florida 33131<br>Tel: 877.333.9427<br>Fax: 888.498.8946<br>law@stefancoleman.com |
| | **Pro hac vice* application to be filed. |

# CERTIFICATE OF SERVICE

I, Mathilda S. McGee-Tubb, hereby certify that on June 1, 2016, I caused to be served the above and foregoing Second Stipulation for Extension to Respond to Plaintiff's Complaint by causing a true and accurate copy to be sent via electronic mail to the following:

Erica C. Mirabella
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905
erica@mirabellaLLC.com

Rafey S. Balabanian*
EDELSON PC
329 Bryant Street
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435
rbalabanian@edelson.com

Stefan Coleman*
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S. Biscayne Blvd., 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
Fax: 888.498.8946
law@stefancoleman.com

*Pro hac vice* application to be filed.

*/s/ Mathilda S. McGee-Tubb*
Mathilda S. McGee-Tubb

# [PROPOSED] ORDER

GOOD CAUSE SHOWING, the Second Stipulation to Extend Defendant's Time to Respond to Plaintiff's Complaint is GRANTED in its entirety. Defendant Everquote, Inc., f/k/a AdHarmonics, Inc. shall have up to and including June 29, 2016 to file a response to the Complaint.

**IT IS SO ORDERED.**


Dated: _____    _____
                                                                     Honorable Mark L. Wolf
                                                                     United States District Court Judge