**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS, BOSTON DIVISION**

| | |
|---|---|
| YVONNE LESTER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>EVERQUOTE, INC., f/k/a AdHarmonics, Inc., A Delaware Corporation,<br><br>        Defendant. | Case No.: 1:16-cv-10651 |

**DEFENDANT'S LOCAL RULE 16.1(d)(3) CERTIFICATION IN SUPPORT OF THE JOINT STATEMENT PURSUANT TO FED. R. CIV. P. 26(f) AND L.R. 16.1(d)**

Pursuant to Local Rule 16.1(d)(3), Defendant EverQuote, Inc. hereby confirms that it has conferred with counsel for Plaintiff Yvonne Lester (a) with a view to establishing a budget for the costs of conducting various courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

Dated: September 29, 2016

**Counsel for EVERQUOTE, INC., f/k/a AdHarmonics, Inc.**

*/s/ Mathilda S. McGee-Tubb*

Mathilda S. McGee-Tubb (BBO#687434)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel: 617.542.6000
Fax: 617.542.2241
MSMcGee-Tubb@mintz.com

Joshua Briones*
E. Crystal Lopez (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, CA 90067
Tel: 310.586.3200
Fax: 310.586.3202
JBriones@mintz.com
ECLopez@mintz.com

* *Pro hac vice* application to be filed.

Party Representative,

*/s/ David Mason*
David Mason
General Counsel for EverQuote

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically via the Court's CM/ECF system on September 29, 2016, which thereafter provided notice and service to all parties. Parties may access this pleading through the Court's electronic docketing system.

By: */s/ Mathilda S. McGee-Tubb*