## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| YVONNE LESTER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>EVERQUOTE, INC., f/k/a AdHarmonics, Inc., a Delaware corporation,<br><br>*Defendant.* | Case No. 1:16-cv-10651<br><br>Hon. Mark L. Wolf |

**PLAINTIFF YVONNE LESTER'S CERTIFICATION PURSUANT TO RULE 16.1(d)(3)**

Pursuant to D. Mass. Local Rule 16.1(d)(3), Plaintiff Yvonne Lester hereby confirms that Plaintiff and her counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and (b) to consider resolution of the litigation through the use of alternative dispute resolution programs such as those outline in LR 16.4.

Respectfully submitted,

Dated: September 29, 16                s/Erica Mirabella

Erica C. Mirabella
erica@mirabellaLLC.com
MIRABELLA LAW LLC
132 Boylston Street, 5th Floor
Boston, Massachusetts 02116
Tel: 617.580.8270
Fax: 617.583.1905

*Attorney for Plaintiff and the Putative Class*


Dated: September 29, 16                s/ Yvonne Lester
                                                   *Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 16.

                                          Erica Mirabella
                                          Erica C. Mirabella