# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS, BOSTON DIVISION

| | |
|---|---|
| YVONNE LESTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVERQUOTE, INC., f/k/a AdHarmonics, Inc., A Delaware Corporation,<br><br>Defendant. | Case No.: 1:16-cv-10651<br><br>Hon. Mark L. Wolf |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Plaintiff Yvonne Lester and Defendant EverQuote, Inc. f/k/a AdHarmonics, Inc. (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal *with prejudice* of Ms. Lester's individual claims and *without prejudice* of the putative class's claims. In support of the instant stipulation, the Parties state as follows:

WHEREAS, on April 1, 2016, Ms. Lester filed her class action complaint (Dkt. 1);

WHEREAS, on June 29, 2016, Defendant filed its answer (Dkt. 8);

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties may stipulate to the dismissal of this action without a Court order;

WHEREAS, the Parties have conferred and agreed to stipulate to the dismissal *with prejudice* of Ms. Lester's individual claims against Defendant in this action;

WHEREAS, the Parties have further conferred and agreed to stipulate to the dismissal *without prejudice* of the putative class's claims against Defendant in this action;

WHEREAS, the Parties have further conferred and agreed that this dismissal does not preclude Ms. Lester from participating in a class action against any other defendant arising out of

the same facts, events, or circumstances;

WHEREAS, the Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows:

1. Plaintiff Lester's individual claims against Defendant in this action shall be dismissed *with prejudice*;

2. The claims of the putative class in this action shall be dismissed *without prejudice*;

3. The Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

IT IS SO STIPULATED.

                                                  Respectfully submitted,

                                                  MIRABELLA LAW LLC

Dated: January 19, 2017            */s/* Erica Mirabella
                                                  Erica C. Mirabella
                                                  Attorney for Plaintiff, YVONNE LESTER

                                                  Erica C. Mirabella
                                                  MIRABELLA LAW LLC
                                                  132 Boylston Street, 5th Floor
                                                  Boston, Massachusetts 02116
                                                  Tel: 617.580.8270
                                                  Fax: 617.583.1905
                                                  erica@mirabellaLLC.com

                                                  Benjamin Richman (Admitted *Pro Hac Vice*)
                                                  brichman@edelson.com
                                                  Courtney C. Booth (Admitted *Pro Hac Vice*)
                                                  cbooth@edelson.com
                                                  EDELSON PC
                                                  350 North LaSalle Street
                                                  Chicago, Illinois 60654
                                                  Tel: 312.589.6370
                                                  Fax: 312.589.6378

|  |  |
|---|---|
|  | **Counsel for EVERQUOTE, INC., f/k/a AdHarmonics, Inc.** |
| Dated: January 18, 2017 | */s/ Mathilda S. McGee-Tubb* |
|  | Mathilda S. McGee-Tubb (BBO#687434)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>Tel: 617.542.6000<br>Fax: 617.542.2241<br>MSMcGee-Tubb@mintz.com |
|  | Joshua Briones*<br>E. Crystal Lopez (*admitted pro hac vice*)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.<br>2029 Century Park East, Suite 1370<br>Los Angeles, CA 90067<br>Tel: 310.586.3200<br>Fax: 310.586.3202<br>JBriones@mintz.com<br>ECLopez@mintz.com |

\* *Pro hac vice* application to be filed.

# CERTIFICATE OF SERVICE

      I, Erica C. Mirabella, hereby certify that on January 19, 2017, I caused to be served the above and foregoing ***Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                  /s/Erica Mirabella
                                                  Erica C. Mirabella